In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00125-CV

_____

THE STATE OF TEXAS, Appellant

V.

C.D.B., Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. X-2289

## MEMORANDUM OPINION

The State of Texas, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on May 18, 2022
Opinion Delivered May 19, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.